IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **AMERICAN SELECT INSURANCE COMPANY**<br><br>**PLAINTIFF**<br>v.<br><br>**HEARTLAND ROOFING, LLC and HEARTLAND ROOFING, SIDING, WINDOWS, LLC**<br><br>**DEFENDANTS** | CIVIL ACTION NO.: 3:20-cv-00448 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, American Select Insurance Company, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Northern District of Ohio, admitted 2/27/20. Attached is a Certificate of Good Standing from said court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927, except as disclosed herein.

                                                  /s/Matthew Connolly
                                                     Signature

Matthew Connolly, PA Bar No. 201746
de Luca Levine, LLC
3 Valley Square, Suite 220
Blue Bell, PA 19422
Phone: 215-383-0081
Email: mconnolly@delucalevine.com

# CERTIFICATION OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon counsel:

| | |
|---|---|
| HEARTLAND ROOFING, LLC<br>446 QUARRY ROAD<br>MOUNT JULIET, TN 37122 | HEARTLAND ROOFING, SIDING, WINDOWS, LLC<br>438 PARK AVENUE<br>LEBANON, TN 37087 |

in this case by delivering a true and exact copy to the office of said counsel or by placing a copy in the United States mail addressed to said counsel at his/her office with sufficient postage to carry it to its destination.

This _____ day of MAY, 2020.

                               BUTLER, VINES & BABB, PLLC

                               BY: s:/Edward U. Babb_____